CGFD28 (10/01/16)



**ORDERED in the Southern District of Florida on July 7, 2023**

_(signature)_

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 21–19854–RAM**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

AGM Home Store, LLC
1770 NW 106th Avenue
Pembroke Pines, FL 33026

EIN: 47–5263301

## FINAL DECREE

The trustee, Barry E Mukamal, having filed a final report that the estate has been fully administered, is discharged and the case is closed.